SHERRY RADACK
CHIEF JUSTICE

TERRY JENNINGS
EVELYN KEYES
LAURA CARTER HIGLEY
JANE BLAND
MICHAEL MASSENGALE
HARVEY BROWN
REBECA HUDDLE
RUSSELL LLOYD
JUSTICES



## Court of Appeals
## First District of Texas
### 301 Fannin Street
### Houston, Texas 77002-2066

CHRISTOPHER A. PRINE
CLERK OF THE COURT

JANET WILLIAMS
CHIEF STAFF ATTORNEY

PHONE: 713-274-2700
FAX:    713-755-8131

www.txcourts.gov/1stcoa.aspx

**COPY**

August 13, 2015

Harris County District Clerk's Office - Criminal
Harris County District Clerk - Criminal
1201 Franklin, Ste 3180
Houston, TX 77002
* DELIVERED VIA E-MAIL - AND
HARRIS CO. MESSENGER *

**Attn:  Barbara Anderson**

**RE:  Court of Appeals Number:** 01-14-00726-CR   **Trial Court Case Number:** 1406622

**Style:**  Jose Aguilera v. The State of Texas

Pursuant to this Court's May 20, 2015 order, State's Exhibit #14 was ordered filed for our review during the pendency of the appeal.

Pursuant to 1997 Supreme Court Order B.4, State's Exhibit #14 is being returned to the District Clerk's Office.

Sincerely,

Christopher A. Prine, Clerk of the Court

By Ora Patterson, Deputy Clerk

** **PLEASE SIGN AND RETURN TO THE FIRST COURT OF APPEALS.**

Received by: _B. Anderson_                    Date: _8-14-15_